IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD V. FRANKLIN, | ) | No. C 12-0703 JSW (PR) |
| Plaintiff, | ) ) | **ORDER REVOKING IN FORMA PAUPERIS STATUS** |
| v. | ) ) | |
| K. FLORES, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Plaintiff, a California prisoner, has filed this pro se civil rights complaint under 42 U.S.C. § 1983. The complaint was dismissed with leave to amend. The amended complaint continued the same deficiency as the original complaint. Accordingly, the case was dismissed without prejudice. Plaintiff has appealed. The Court of Appeals has referred the case to this Court for a determination of whether inform pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). The Court finds that the appeal is frivolous and consequently determines that in forma pauperis status should be revoked for purposes of the appeal. The Clerk shall send a copy of this order to the Court of Appeals.

IT IS SO ORDERED.

DATED: July 11, 2012

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD V FRANKLIN,<br><br>    Plaintiff,<br><br>  v.<br><br>K FLORES et al,<br><br>    Defendant.                / | Case Number: CV12-00703 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harold V. Franklin AA6298
California State Prison - Corcoran
4001 King Avenue
P.O. Box 8800
Corcoran, CA 93212-8800

Dated: July 11, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk